IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

B.K.J. t/a                                    :
Ye Old Mill Stream Inn, et al.
                                              :
   v.                                            CIVIL ACTION NO. WMN-00-2947
                                              :
THE BOARD OF LIQUOR LICENSE
COMMISSIONERS FOR                             :
BALTIMORE COUNTY

: : : : : : : : : : : : :

M. KUPER, INC., t/a                           :
GAIL'S SHOWBAR AND
RESTAURANT, et al.                            :

   v.                                         :  CIVIL ACTION NO. WMN-00-2978

THE BOARD OF LIQUOR LICENSE                   :
COMMISSIONERS

### O R D E R

Upon consideration of the consent motion for consolidation of the captioned cases, good cause having been shown, IT IS, this 14th day of November, 2000, by the United States District Court for the District of Maryland, ORDERED:

1. That the Consent Motion for Consolidation for all purposes is GRANTED;

2. That all pleadings shall be captioned and filed in Civil Action No. WMN-00-2947;

3. That Civil Action No. WMN-00-2978 shall be ADMINISTRATIVELY CLOSED, and that all pleadings filed therein are deemed to have been filed in Civil Action No., WMN-00-2947;

4. That the Clerk of Court shall mail copies of this Order to all counsel of record.

_William M Nickerson_
William M Nickerson
United States District Judge