IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

B.K.J., INC.
t/a Ye Olde Mill Stream Inn

   Plaintiffs

vs.              : Civil No. :WMN-00-2947

BOARD OF LIQUOR LICENSE COMMISSIONERS
FOR BALTIMORE COUNTY, MARYLAND

   Defendant

*************************************************************

### NOTICE OF WITHDRAWAL

Notice is hereby given of the withdrawal of Virginia W. Barnhart as counsel to be effective May 31, 2001. Paul M. Mayhew, Assistant County Attorney, will continue as counsel for the Defendant.

            Respectfully submitted,

            *Virginia W. Barnhart*
            VIRGINIA W. BARNHART
            County Attorney
            Old Courthouse, 2nd Floor
            400 Washington Avenue
            Towson, Maryland 21204
            (410) 887-4420

FILED / ENTERED
MAY 22 2001
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

APPROVED THIS 2ᴺᴰ DAY OF May 01
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2001, a copy of the foregoing Notice of Withdrawal was sent first class mail, prepaid postage, to:

Melvin J. Kodenski, Esq.
19 E. Fayette Street, Suite 400
Baltimore, Maryland 21202
Attorney for M. Kuper, Inc.

David F. Mister, Esq.
Mister, Loker & Bartlett
30 E. Padonia Road, Suite 404
Timonium, Maryland 21093
Attorney for B.K.J., Inc.

*Virginia W. Barnhart*
VIRGINIA W. BARNHART
County Attorney

C:\MyFiles\mayhew\pleads\bkj.withdrawal.wpd