IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

B.K.J., Inc.                          :
                                      :
v.                                    : Civil Action No. WMN-00-2947
                                      : (consolidated with
BALTIMORE COUNTY, MARYLAND            : Civil Action No. WMN-00-2978)
                                      :

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 11th day of July, 2001, by the United States District Court for the District of Maryland,

ORDERED:

1. That Defendant's Motions for Summary Judgment (Paper No. 8) are hereby GRANTED;

2. That Plaintiffs' Motions for Summary Judgment (Paper No. 7) are hereby DENIED;

2. That judgment is entered in favor of Defendant and against Plaintiffs;

3. That this action is hereby CLOSED;

4. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. p. 58; and

5. That the Clerk of the Court shall mail copies of the

foregoing Memorandum and this Order to all counsel of record.

*[signature]*
William M. Nickerson
United States District Judge